IDA WALKER v. NEW YORK LIFF INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 279 App. Div. 1070.]

■

BRIDGE HARDWARE CO., INC., v. HYMAN HOROWITZ, as Treasurer of Plumbing, Hardware, Paint, Electrical, Radio Supplies and Automobile Accessories & Allied Trades Employees' Union, Local 1146, A. F. of L., an Unincorporated Association.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 279 App. Div. 1073.]

■

SIDNEY G. ELSTEIN v. BEN M. BECKER et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 279 App. Div. 1072.]

■

SOCIETE ANONYME SELFIX v. BERNHARD ALTMANN.—Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See 279 App. Div. 1060.]

■

STANDARD ELECTRIC EQUIPMENT CORP., Appellant, v. JERRY LASZKOWSKI et al., Individually and Doing Business as ASSOCIATES TRADING CO., Respondents. LUCYNA IMILKOWSKI, Respondent.—Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See *ante,* p. 756.]

■

MANUEL MURILLO, as Administrator of the Estate of LILLIAN MURILLO, Deceased, et al., Respondents, v. ABRAHAM SIEGEL et al., Defendants, and CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant.—Motion for resettlement denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See 279 App. Div. 902.]

■

In the Matter of the Arbitration between JAXTON CLOTHES CO., INC., Appellant, and CROWN MANUFACTURING COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 279 App. Div. 1063.]

■

VALERIE RUBINSTEIN, as Executrix of ANDRE RUBINSTEIN, Deceased, v. SERGE RUBINSTEIN et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 279 App. Div. 1073.]

■

JAMES A. CAREY v. PELL, DE VEGH & COMPANY, INC., et al.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Bergan, JJ. [See *ante,* p. 763.]